# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In the matter of the search of | : | CASE NO.: 1:08-MJ-248 |
| | : | |
| | : | MAGISTRATE JUDGE LITKOVITZ |
| | : | |
| 3868 McMann Road, Suites A and B, | : | **MOTION TO UNSEAL APPLICATION** |
| Cincinnati, Ohio 45245 | : | **AND AFFIDAVIT FOR SEARCH** |
| | : | **WARRANT AND SEARCH WARRANT** |

-----------------------------------

The United States respectfully requests that the Court unseal the Application and Affidavit for Search Warrant, the Search Warrant and any other pleadings previously filed under seal in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Robert A. Behlen, Jr.
ROBERT A. BEHLEN, JR. (0010695)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Robert.Behlen @usdoj.gov

IT IS **ORDERED** that the Application and Affidavit for Search Warrant, Search Warrant and any other pleadings previously filed under seal in the above-numbered case shall now be unsealed.

_10/1/12_
DATE

_Karen L. Litkovitz_
HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge